# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

      Plaintiff,

    -vs-                                   Case Nos. 04-CR-287
                                                    16-C-98

**JOSHUA L. BROWN,**

      Defendant.

## DECISION AND ORDER

On January 26, the Court directed Joshua Brown to complete the standard form for motions under 28 U.S.C. § 2255 within sixty days. Brown failed to do so. Therefore, this matter is **DISMISSED** without prejudice for want of prosecution. Fed. R. Civ. P. 41(b).

Dated at Milwaukee, Wisconsin, this 27th day of April, 2016.

                                          **SO ORDERED:**

                                          *s/ Lynn Adelman*
                                          for **HON. RUDOLPH T. RANDA**
                                          **U.S. District Judge**